# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| In the Matter of the Search of<br><br>109 White Alder Drive, Bakersfield, CA 93314 | ) ) ) ) ) ) ) Case No.  5:18-sw-00052-JLT |

## ANTICIPATORY SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Eastern___ District of ___California___
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A, attached hereto and incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property UPON OCCURRENCE OF THE FOLLOWING CONDITION(S) *(state the condition(s) which must occur to establish probable cause)*:
The delivery of United States Postal Service (USPS) parcel bearing USPS Tracking # LY469430527CN to any occupant of the residence located at 109 White Alder Drive, Bakersfield, California (the Target Residence)

I further find that upon the occurrence of the conditions specified above, such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B, attached hereto and incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before ___8/21/18___ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

IF THE CONDITION(S) DESCRIBED ABOVE HAVE NOT OCCURRED, THIS WARRANT MUST NOT BE EXECUTED.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___any authorized U.S. Magistrate Judge in the Eastern District of California.___
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  ___8/7/18, 3:04 pm___           ___/s/ Jennifer L. Thurston___
                                                                                    *Judge's signature*

City and state:  Bakersfield, California                     Jennifer L. Thurston, U.S. Magistrate Judge
                                                                                    *Printed name and title*

| Return |||
|---|---|---|
| Case No.: 5:18-sw-00052-JLT | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

**Attachment A**

**109 White Alder Drive, Bakersfield, California** is described as a single story, single family residence facing west on north/south running White Alder Drive.  The exterior of the residence is tan in color with  dark brown trim. 109 is visible from the street in bold black numbers, located to the south of the garage storage area. Also to be searched are all rooms therein, including any safes, storage containers, closets, sheds, and garages associated with the premises. Also to be searched are vehicles directly associated with the residence, i.e. vehicles parked in the driveway or vehicles parked near the residence that are believed to be associated with the residence based on documents or property recovered inside the residence.



## **ATTACHMENT B**

**Items to Be Searched for and Seized:**

1. The following items, images, documents, communications, records, materials, and information are to be seized wherever they may be stored or found at the locations to be searched and in any form that they may be stored or found:

    a. Controlled substances (including prescription drugs);

    b. United States currency (in excess of $1,000.00), foreign currency, precious metals, jewelry, stocks, bonds, money orders, certificates of deposit and cashier's checks;

    c. Items evidencing the expenditure of drug-related proceeds, namely: receipts, purchase agreements, vehicle titles, warranty applications, homeowners or renters insurance applications and claims, jewelry;

    d. Financial records – to include account statements, account summaries, credit card statements, banking deposit slips, handwritten-notes containing account information, account holder and amount deposited, money market accounts, overseas banking information to include routing codes, deposit receipts, canceled checks, loan agreements and loan applications;

    e. Safe deposit box keys and agreements and commercial storage locker keys or records;

    f. Drug distribution paraphernalia, namely; scales, baggies, vacuum sealers and vacuum sealer bags, drug ledgers, pay-owe sheets, customer lists, price lists and code sheets,

    g. Devices used to communicate with other individuals involved in distributing controlled substances including cellular telephones, tablets and com-

1

puters; and devices used to conduct counter-surveillance against law enforcement, such as radio scanners, police radios, surveillance cameras and monitors, anti-bugging devices and devices used to detect the presence of wiretaps, recording devices or transmitters, and/or receipts of literature describing the same. In addition, for agents to answer the telephones and to record and return the pager telephone numbers without identifying themselves as law enforcement officers.

    h. Safes, lock boxes, lockers, or any other secured container which contains any of the included items referenced in this attachment establishing evidence of a conspiracy or the use, distribution, transportation, ordering, sale, or receipt of controlled substances.

    i. Items involved in packaging and transporting controlled substances, including scales, heat sealing devices, plastic bags, measuring devices, razor blades, and related paraphernalia.

    j. Firearms, firearms accessories, ammunition, and other weapons.

2. UPS Parcel Shipment # 010X15P37L4 with Tracking # 1Z010X156873133075, and the contents thereof.

3. Items tending to establish the identity of the person in control of the SUBJECT PREMISES, and any items seized from the SUBJECT PREMISES, to include utility company receipts, mortgage or rent receipts, canceled mail, envelopes, keys, telephone bills, charge card receipts/statements, lease-rental or sale agreements or contracts, gas receipts, notebooks, photographs, videos, savings account passbooks, passports, diaries, notebooks, vehicle registrations and titles, land titles, escrow papers, legal documents, medical records, weapons with serial numbers, and personal clothing including shoes, pants and shirts.