AO 93B (Rev. 11/13) Anticipatory Search and Seizure Warrant (Page 2)

## Return

| Case No.: 5:18-sw-00052-JLT | Date and time warrant executed: 8/8/2018 @ 1215 hrs. | Copy of warrant and inventory left with: DOLORES WARD |
|---|---|---|

Inventory made in the presence of: JAVIER HANSON

Inventory of the property taken and name of any person(s) seized:

SEE Attached.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/8/18

_Executing officer's signature_

JAVIER HANSON   Special Agent (HSI)
_Printed name and title_

U.S. DEPARTMENT OF HOMELAND SECURITY
Homeland Security Investigations

**EVIDENCE LOG FROM CONSENT SEARCH OR SEARCH WARRANT**

Investigative Case Number: BP13SR18BP0002
Date of Search: (mmddyyyy) 08082018
Time of Search: (24 Hour) 1254 (begin) 1630 (end)
Location: 109 White Alder Drive, Bakersfield CA 93314
Agent: SA A. Sims
Page _____ of _____

| ITEM No. | QTY | ITEM DESCRIPTION | ITEM LOCATION |
|---|---|---|---|
| 1 | 1 ea | Pill bottle w/ unk substance | Room J |
| 2 | 1 ea | Pill bottle w/ unk substance | Room J |
| 3 | 1 ea | Plastic bag containing unk substance possible fentanyl | Room J |
| 4 | 1 ea | Asus laptop 8GB7K22 | Room J |
| 5 | 1 ea | ~~HP~~ Notebook ~~15-F387WM~~ Box (ASUS) SN= 9035 | Room J |
| 6 | 1 ea | Drug overdose kit | Room J |
| 7 | 1 ea | Acer computer | |
| 8 | | Misc. Docs | Rm. J |

(ORIGINAL: Case File // COPY: Location)